UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
MISSOURI

_____, )
      Plaintiff (s), )
       )
v. )    Case No.
       )
       )
_____, )
      Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now _____ and notifies the court of the intent to use
      (Plaintiff or Defendant)

_____
(name and address of process server)

_____

_____

To serve:

_____in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

_____                                 _____
(date)                                                   (attorney for Plaintiff)

                                                                    _____
                                                                    (attorney for Defendant)